# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140093

In re NAYSHELLE RENEE THOMPSON, Minor.
_____/

PEOPLE OF THE STATE OF MICHIGAN,
            Petitioner-Appellee,

v

NAYSHELLE RENEE THOMPSON,
            Respondent-Appellant.
_____/

SC: 140093
COA: 291580
Wayne Circuit Court Family
Division: 06-454174

On order of the Court, the application for leave to appeal the October 20, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2010

_____
Clerk

d0126